UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MODENA,<br>      Plaintiff,<br><br>-v-<br><br>U.S. NATIONAL BANK ASSOCIATION and<br>SELECT PORTFOLIO SERVICING, INC.,<br>      Defendants. | No. 1:19-cv-974<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the opinion entered today (ECF No. 25), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: September 30, 2020         /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge